# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

PROXIMA BETA PTE. LIMITED, et al.

Plaintiff(s),

v.

ANDREW MARTIN, et al.

Defendant(s).

CASE NUMBER:

2:21-cv-02056-MWF-JEM

## NOTICE OF DEFICIENCY DEFAULT/DEFAULT JUDGMENT

PLEASE TAKE NOTICE:

The Clerk cannot enter the requested **Default** of __Andre Swirszczuk__ for the following reason(s):

- _ No declaration as required by F.R.Civ.P 55(a)
- _ No proof of service/waiver of service on file
- _ The name of the person served does not exactly match the person named in complaint
- _ Proof of Service is lacking required information
- _ Waiver of Service lacking the signature of the sender and/or the person acknowledging receipt
- _ Time to respond has not expired
- _ Answer and/or Motion for Summary Judgment and/or Motion to Dismiss on file
- X Request for Entry of Default has been forwarded to the assigned Judge
- _ Party dismissed from action on
- _ Case terminated on
- _ Requesting party shall file a new Request/Application with noted deficiencies corrected in order to have **default reconsidered**.
- X Other: The Clerk cannot enter the requested relief as: The Clerk is not authorized to process the Default due to the complexities in the service of summons and complaint filed on a corporation in a foreign country.

The Clerk cannot enter the requested **Default Judgment** against __ for the following reason(s):

- _ No Entry of Default on file
- _ No declaration as required by F.R.Civ.P 55(b)
- _ The name of the person for which Default Judgment is requested does not exactly match the person named in the complaint
- _ Amounts requested differ or exceed the amounts prayed for in the demand for judgment in the most recently filed complaint
- _ A declaration establishing the amount due must accompany the plaintiff's request for default judgment
- _ No judgment by default may be entered by the Clerk against the United States or an incompetent person. The Request for Entry of Default has been forwarded to the assigned Judge
- _ Amount sought is not for a sum certain or cannot be computed to a sum certain
- _ Attorney Fees sought not in compliance with Local Rule 55-3
- _ Amount sought for costs is incorrect
- _ Case terminated on
- _ Requesting party shall file a new Request/Application with noted deficiencies corrected **in order to have default judgment reconsidered**.
- _ Other:

CLERK, U.S. DISTRICT COURT

Date: __August 6, 2021__     By: __/s/ *Ingrid Valdes*__
                                  Deputy Clerk

CV-52B(09/12)     NOTICE OF DEFICIENCY – DEFAULT/DEFAULT JUDGMENT

ingrid_valdes@cacd.uscourts.gov