# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| PROXIMA BETA PTE. LIMITED, d/b/a "Tencent Games" a Singapore Corporation, and KRAFTON, INC., a Korea Corporation,<br><br>Plaintiffs,<br><br>v.<br><br>ANDREW MARTIN a/k/a Asyhole; ANDRE SWIRSZCZUK a/k/a Girabaldi; SAMAD AHMED a/k/a Samad Hossain a/k/a Haxsamad a/k/a Sharpshooter Bangladesh and DOES 1 through 6, inclusive,<br><br>Defendants. | CASE NO. 2:21-cv-2056 MWF (MRWx)<br><br>Assigned to Judge Michael W. Fitzgerald<br><br>**ORDER GRANTING *EX PARTE* APPLICATION FOR 30-DAY EXTENSION OF TIME TO FILE MOTION FOR DEFAULT JUDGMENT IN RESPONSE TO ORDER TO SHOW CAUSE** |

13339866.1

**ORDER**

On August 18, 2021, Plaintiffs Proxima Beta d/b/a "Tencent Games" and Krafton, Inc. ("Krafton") (together, "Plaintiffs" or "Tencent") filed an *ex parte* Application for a 30-Day Extension of Time to File their Motion for Default Judgment (the "Application"). (Docket No. 35). Having considered the papers, arguments, and all other matters presented to the Court, and for good cause appearing, it is hereby **ORDERED**:

1. Plaintiffs' Application is hereby **GRANTED** in its entirety;
2. The hearing on the Court's Order to Show Cause (see Docket Nos. 24 and 27) is CONTINUED from August 23, 2021 to **September 27, 2021 at 11:30 a.m.** If Plaintiffs file their Motion for Default Judgment prior to that hearing, the Court's Order to Show Cause hearing will be discharged and no appearances will be necessary.

IT IS SO ORDERED.

Dated: August 19, 2021

_____
MICHAEL W. FITZGERALD
United States District Judge

13339866.1