FILED

Name: Andrew Martin

Address: 18766 Wellhaven st

Canyon Country Ca 91351

Phone: _____

Fax: _____

In Pro Per

2021 OCT -5 AM 11: 11

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY: KMN

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

PROXIMA BETA PTE. LIMITED, d/b/a "Tencent Games" a Singapore Corporation, and Krafton. INC., a Korea Coperation
              Plaintiff

v.

ANDREW MARTIN a/k/a Asyhole

              Defendant(s).

CASE NUMBER:

2:21-cv-02056-MWF-JEM

Plea of Mercy

(Enter document title in the space provided above)

My name is Andrew Martin. I've been named as a defendant in this case. I have not hired an attorney to represent me in this court because I cannot afford one. I am writing this letter on my own behalf. I understand that Tencent Games has asked for a default judgement against me. This letter explains my side of the story.

In the spring, I learned that this lawsuit had been filed. I did not have the money to hire an attorney to represent me all the way through the case. In addition, I was not interested in getting involved in this case. Since I had no part in anything that would be considered damaging to the plaintiff or their company. While I know some of the things that happened, it is mostly how the software was marketed and some of the funds were earned and transferred. I was never a leader of the group. I never created any code / cheats. I never hosted any software. I never sold any cheats. I don't have any control over the business the Plaintiff is upset about.

CV-127 (09/09)            PLEADING PAGE FOR A SUBSEQUENT DOCUMENT

The Tencent attorneys contacted me after the case was filed. They highly suggested I obtain legal council. I hired an attorney to help me discuss settlement with the other side. My agreement with my attorney was only to help me with settlement negotiations. I have a family and I cannot afford an attorney for the entire case. I spent everything I had in order to secure the assistance of my attorney.

Over the last six months, I made many efforts to settle with the other side. There were tons of phone calls and emails, between my attorney and Tencent's attorneys. In addition, Tencent's attorneys sent a settlement offer not long ago, on August 3, 2021. For over six months, I have been trying to work out this matter with Tencent's attorneys.

Tencent's attorneys asked me to make "financial disclosures" on a form they provided. I did that Tencent's attorney's then demanded to see statements of some of my financial accounts. I provided them. During this time, my attorney and Tencent's attorneys were discussing the settlement agreement.

I have attached three documents to this letter. First, there is an email from Plaintiff's counsel, Ms. Pagnanelli, where she attaches a proposed settlement document. Second, the proposed settlement agreement from Tencent on July 16, 2021. Third, an email chain between my attorney and the Plaintiff's attorneys.

The first email I am attaching from Ms. Paganelli is from July 16, 2021. She included a settlement agreement that was offered from her side. I understand that my attorney and Tencent's attorneys did more editing on this document through August of 2021, but I am attaching this version because it is directly from the Plaintiff's attorneys.

I had agreed to most of the terms of the settlement agreement. The Judge can read the document, but I would have agreed to make a small payment to Plaintiff, and I would also agree to a

"consent judgment." If I explained what I knew, which I was willing to do, then they would file a full satisfaction" of the consent judgment.

The reason that settlement never occurred is because Tencent's attorneys kept demanding more and more information from me, including information that I told them, over and over again, that I did not have or have any way of finding out.

Most importantly, because I could not identify the people that was of most of interest to Plaintiff, they refused to settle the case with me. My attorney told them clearly what I could and could not provide. Tencent's attorneys ignored this.

I understand that the Plaintiff does not have to settle with me, but I have read the Plaintiff's motion for default, and the numbers are completely crazy and unfair to me. I also disagree with a lot of the things Tencent is saying. They have submitted false information to the court about me due to the lack of knowledge they have of what my involvement really was. I did not develop distribute, or sell cheats. That being said I did nothing that would cause harm to their company that should result in any penalties or fines against me.

They are claiming that they should receive $9 Million dollars? How is that possible when the settlement agreement is for around $1,000 and at one point, they were willing to settle with no payment at all?

They are claiming $194,000 in attorney's fees? There is no way they spent that amount of money on my case with just phone calls and emails. You can see in the emails that Tencent's attorneys would sometimes just ask the same questions over and over again. I don't know what the costs are, but they had no costs related to me. All they did was exchange emails and phone calls with my attorney.

Here is what I am asking the Judge to think about doing:

1. Please don't enter a judgment of $9 Million dollars against me. Those numbers are crazy and totally unfair to someone like me that was trying very hard to do the right thing. I cannot afford something like that. If the Judge wants me to, I can show that I have very little money. I live paycheck to paycheck supporting my wife and two kids one of which is special needs, on a single income. The only reason I didn't settle this case is because Tencent refused to settle when I didn't have information they wanted.

2. Explain to Tencent's attorneys that a person cannot provide information that they do not have. I know that my attorney was very clear to them about what I had and what I didn't have to provide. It's in the emails.

3. If the Judge has a local attorney or someone else that might help me for free I am still willing to work on the settlement. Tencent has refused to settle with me and it's impossible to give them something I don't have to give.

Thank you very much for reading my letter.

Andrew Martin