UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

| | | |
|---|---|---|
| Case No. | **CV 21-2056 MWF (JEMx)** | Date: April 22, 2022 |
| Title | **Proxima Beta Pte. Ltd., et al. v. Andrew Marten, et al.** | |

Present: The Honorable: **MICHAEL W. FITZGERALD, United States District Judge**

| Rita Sanchez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings: (IN CHAMBERS) ORDER TO SHOW CAUSE**

The Complaint in this action was filed on March 5, 2021. (Docket No. 1). The Court entered default against Defendant Andre Swirszczuk and vacated default against Defendant Andrew Martin on November 10, 2021. (Docket No. 49). Defendant Andrew Martin was ordered to respond to the Complaint by December 10, 2021. (*Id.*). No response was filed. Plaintiffs additionally never provided evidence that Defendant Samad Ahmed was served, and Plaintiffs have not sought entry of default against Samad Ahmed.

The Court **ORDERS** Plaintiff to show cause why this action should not be dismissed for lack of prosecution. In response to this Order to Show Cause, the Court will accept the following no later than **May 9**, **2022**:

- BY PLAINTIFF: PROOF OF SERVICE of Summons and Complaint on Defendant Samad Ahmed.

    AND

- BY PLAINTIFF: APPLICATION FOR CLERK TO ENTER DEFAULT as to Defendant Martin who has not timely responded to the Complaint.

    OR

- BY PLAINTIFF: NOTICE OF VOLUNTARY DISMISSAL as to Defendants Martin and Ahmed.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   **CV 21-2056 MWF (JEMx)**                                           Date:  April 22, 2022

Title          **Proxima Beta Pte. Ltd., et al. v. Andrew Marten, et al.**

If Plaintiff files a Proof of Service on or before May 9, 2022, Plaintiff shall then file an Application for Default Judgment as to Defendant Ahmed by **May 30, 2022**.  Failure to file an Application for Default Judgment by May 30, 2022 will result in dismissal of this action.

Failure to respond to the Order to Show Cause on or before **May 9, 2022** will result in the dismissal of Defendants Andrew Martin and Samad Ahmed, and the case will be closed.

No oral argument on this matter will be heard unless otherwise ordered by the Court.  *See* Fed. R. Civ. P. 78; Local Rule 7-15.  The Order will stand submitted upon the filing of the response to the Order to Show Cause.

IT IS SO ORDERED.

Initials of Preparer:  MSD